UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:10-CR-02284(3)-FM |
| | § | |
| (3) Luther Edward Jones | § | |

## ORDER RESETTING RESTITUTION HEARING

     IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **RESTITUTION HEARING** in District Courtroom, Room 422, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Thursday, September 13, 2012 at 03:00 PM**.

     IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

     IT IS SO ORDERED this 27th day of August, 2012.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE